No. 520. LENTIN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Henry H. Koven* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Holland, Lee A. Jackson* and *Joseph F. Goetten* for respondent.

No. 521. BROWN LAND & ROYALTY CO. *v.* GREEN ET AL. C. A. 5th Cir. Certiorari denied. *Robert G. Chandler* for petitioner. *Richard C. Cadwallader* for Green et al., respondents.

No. 522. McBRIDE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Bernard A. Golding* and *Isaac N. Groner* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 524. TERRY *v.* SEEGMILLER. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Irving · Wilner* for respondent.

No. 526. RAWSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Howard P. Arnest* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Morton, Roger P. Marquis* and *Elizabeth Dudley* for the United States.

No. 527. ESTATE OF MARKS ET AL. *v.* MACKINTOSH ET AL. C. A. 5th Cir. Certiorari denied. *Harry B. Kelleher, Thomas F. Jordan, George M. Snellings, Jr., W. Dan Files, E. Leland Richardson, Wood H. Thompson* and *George Gunby* for petitioners. *Samuel J. Tennant, Jr.* for Mackintosh et al., respondents.